# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Case Number: 20-CV-6427

**Hoffmann**

vs.

**U.S. CUSTOMS AND BORDER PROTECTION**

Acceptance of Service by the United States Attorney

I _Desiree Wilkins_ (print name) hereby accept service on behalf of the United States Attorney (only).

_____

**For the United States Attorney (Signature)**

Desiree Wilkins

**Print Name**

12/28/2020

**Date**