IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN L. HOFFMANN, | : |
| Plaintiff. | : |
| v. | : CIVIL ACTION<br>: NO. 20-6427 |
| U.S. CUSTOMS AND BORDER PROTECTION, | : |
| Defendant. | : |

**STIPULATION AND ORDER FOR THE EXTENSION OF TIME**

Plaintiff filed this action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") on December 23, 2020.

Defendant U.S. Customs and Border Protection's time to respond to the complaint is currently January 28, 2021.

Defendant requests an additional 21 days to respond to Plaintiff's complaint, up to and including February 18, 2021. Plaintiff consents to this request.

| | |
|---|---|
| Dated: January 26, 2021 | Respectfully submitted, |
| *s/ Karen L. Hoffmann* | *s/ Eric. D. Gill* |
| KAREN L. HOFFMANN, ESQ. | ERIC D. GILL |
| SYRENA LAW FIRM | Assistant United States Attorney |
| 128 Chestnut St., Suite 301A | 615 Chestnut Street, Suite 1250 |
| Philadelphia, PA 19106 | Philadelphia, PA 19106 |
| 412-916-4509 | (215) 861-8250 |
| *Plaintiff pro se* | *Attorney for Defendant United States Customs and Border Protection* |

**SO ORDERED:**

s/ANITA B. BRODY, J.

Dated: ___1/27/2021___

HON. ANITA B. BRODY
*Judge, United States District Court*

COPIES VIA ECF