IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Karen L. Hoffmann )
) Civil Action
v. )
) No. 20-CV-06427
U.S. Customs and Border Protection )

**APPLICATION TO PRACTICE IN THIS COURT**
**PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, Adam Snyder, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting an electronic payment for the $40.00 admission fee.

a. I state that I am currently admitted to practice in the following state jurisdictions:

**State of Illinois**
**Admitted May 6, 2010**
**Attorney ID No. 6302017**

b. I state that I am currently admitted to practice in the following federal jurisdictions:

**U.S. District Court for the Northern District of Illinois**
**Admitted September 28, 2010**
**Attorney ID No. 6302017**

**Executive Office of Immigration Review**
**Admitted 2019**
**Attorney ID No. NN521630**

c. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to the law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for Karen Hoffmann.

I declare under penalty of perjury that foregoing is true and correct.

Dated January 20, 2022

/s/ Adam Snyder

Adam Snyder
The ALLGOOD Foundation
  *Applicant for Admission*
The Goodman Theater Building
60 W. Randolph St., Suite 400
Chicago, Illinois 60601
(312) 945-1300
asnyder@kjs-law.com

II.  SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Adam Snyder to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date served by electronic mail to all interested counsel.

I declare under penalty of perjury that foregoing is true and correct.

Dated January 20, 2022

/s/ Karen L. Hoffmann

Karen L. Hoffmann, Esq.
Syrena Law
P.O. Box 15894
Philadelphia, PA 19103
(412) 916-4509
karen@syrenalaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Karen Hoffmann | ) | |
| | ) | Civil Action |
| v. | ) | |
| | ) | No. 20-CV-06427 |
| U.S. Customs and Border Protection | ) | |

# **CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a copy of the application of Adam Snyder, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served by electronic mail to:

Jennifer Arbittier Williams
United States Attorney
Eric D. Gill
Assistant United States Attorney
U.S Department of Justice
Eastern District of Pennsylvania
615 Chestnut Street
Suite 1250
Philadelphia, Pennsylvania 19106-4476
Eric.Gill@usdoj.gov


Dated January 20, 2022


/s/ Karen L. Hoffmann
_____
Karen L. Hoffmann, Esq.
Syrena Law
P.O. Box 15894
Philadelphia, PA 19103
(412) 916-4509
karen@syrenalaw.com