IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Karen L. Hoffmann ) | |
| ) | Civil Action |
| v. ) | |
| ) | No. 20-CV-06427 |
| U.S. Customs and Border Protection ) | |

**ORDER**

AND NOW, this _____ day of _____, 2022, it is hereby ORDERED that the application of Adam Snyder, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is:

_____ GRANTED

_____ DENIED.

By _____
Honorable Anita B. Brody
U.S. District Court Judge