# Exhibit 4

Hi Eric,

Thanks for your patience. One CBP official who communicated with Menchaca by WhatsApp is Eagle Pass Assistant Port Director Peter Macias. It is possible that the Port Director, Paul Del Rincón, was also in communication with Menchaca.

This report from Human Rights First describes the process by which CBP agents communicated with Menchaca (pp. 3-4):

> At the Eagle Pass Port of Entry, CBP officers directed a private citizen acting on behalf of the Piedras Negras municipal government to remove asylum seekers from international bridges and relied on a "list" managed by that individual to process asylum seekers. ...
>
> ■Asylum seekers were placed on a "list" that contains their names, dates of birth, sex, nationality, phone number, photograph and a local address. As of late February 2019, approximately 180 asylum seekers were on the "list." The "list" manager asked asylum seekers to send this information via WhatsApp message and instructs asylum seekers without telephones or the application to use another individual's mobile phone because he prefers to receive all asylum seeker information in this manner. Officials from the municipal government also had access to the "list."
>
> ■CBP officers on these bridges contacted the private businessperson who serves as the link between the municipal government of Piedras Negras and U.S. immigration officers by telephone, often using WhatsApp – an end-to-end encrypted messaging service, when people try to seek asylum at the bridge and request that the list manager remove them from the area. ...
>
> ■On days that CBP processed asylum seekers, a CBP officer informed the "list" manager via WhatsApp voice message of the number and demographics (families, single males, single females, etc.) of the asylum seekers the port will accept. The manager sent a list of the asylum seekers with their photographs to CBP and his staff picked up the asylum seekers from local shelters and dropped them off on the Mexican side of International Bridge II to cross on foot.
>
> ■During a meeting between Human Rights First researchers with the "list" manager, he received a voice message on WhatsApp from an individual he identified as a CBP officer instructing him to send six asylum seekers to the port. The day prior CBP had accepted 12 individuals from the list. According to the "list" manager and shelter directors in Piedras Negras, the port generally accepted a maximum of 12 to 15 asylum seekers per day, and on some days takes no asylum seekers.

You asked about dates and times -- the metering list is something they would have communicated almost daily from at least January 2019 to March 2020.

I hope this helps, please let me know if there's anything more you need.

Best,
Karen

Karen Hoffmann, Esq.


SYRENA LAW

128 Chestnut Street, Suite 301A | Philadelphia, PA 19106
412-916-4509 (tel) | 607-428-7661 (fax)
karen@syrenalaw.com