IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN L. HOFFMANN, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | No. 20-6427 |
| v. | : | |
| | : | |
| U.S. CUSTOMS AND BORDER PROTECTION, | : | |
| | : | |
|     Defendant. | : | |

## **ORDER**

**AND NOW**, this 20th day of April, 2023, pursuant to the hearing held on April 18, 2023 on the Government's Motion for Summary Judgment (ECF No. 35) and Plaintiff Karen L. Hoffman's Cross-Motion for Summary Judgment (ECF No. 37), it is **ORDERED** that **on or before Wednesday, May 10, 2023** Plaintiff must file a clear and concise statement of her position as to the issues below. The Government must respond **on or before Wednesday, May 24, 2023** to Plaintiff's statement.

The issues to be addressed by Plaintiff are as follows:

1. Proposed specific search terms and methodology to be used by U.S. Customs and Border Protection ("CBP") in a revised search for records responsive to Plaintiff's February 21, 2019 Freedom of Information Act

    request.

2. The use of encrypted chat applications on CBP mobile devices during the period of January 1, 2019 to February 21, 2019.

3. The alleged failure by CBP to preserve responsive records after Plaintiff submitted her Freedom of Information Act request.

                                                      s/ANITA B. BRODY, J.
                                                       ANITA B. BRODY, J.

COPIES VIA ECF