IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN L. HOFFMANN, | : | |
| | : | |
| *Plaintiff* | : | |
| | : | |
| v. | : | Civil Action No. 20-CV-06427 |
| | : | |
| U.S. CUSTOMS AND BORDER PROTECTION, | : | |
| | : | |
| *Defendant.* | : | |

**FOURTH JOINT STATUS REPORT**

Pursuant to the Court's June 28, 2023 Order (Doc. No. 51), the parties submit this Joint Status Report and state the following:

Since the parties' last status report (Doc. No. 56), the defendant U.S. Customs and Border Protection (CBP or the Agency) has produced responsive documents. Plaintiff is currently reviewing those documents and is considering whether to challenge redactions made by the Agency.

In the next two weeks, the Agency will produce affidavits regarding its efforts to recover information responsive to plaintiff's FOIA requests from certain active and inactive Agency mobile devices. Plaintiff will review those affidavits for any possible concerns.

If the parties themselves cannot resolve any issues concerning the above productions, then they will alert the Court in a status report by April 1, 2024.

1

Respectfully submitted,

<u>*s/ Adam Snyder*</u>  
ADAM SNYDER, ESQ.  
The Allgood Foundation  
60 W. Randolph St., Ste. 400  
Chicago, IL 60601  
Tel:  
asnyder@kjs-law.com

<u>*s/ Eric D. Gill*</u>  
ERIC D. GILL  
Assistant United States Attorney  
615 Chestnut Street, Ste 250  
Philadelphia, PA 19106  
Tel.: (215) 861-8250  
Eric.Gill@usdoj.gov

Dated:  March 1, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a Joint Status Report, which has been electronically filed and is available for viewing and downloading from the Court's ECF system, to be served upon plaintiff:

Adam Snyder, Esq.
The Allgood Foundation
60 W. Randolph St., Ste. 400
Chicago, IL 60601
asnyder@kjs-law.com

*Counsel for Plaintiff*

                                         */s/ Eric D. Gill*
                                         ERIC D. GILL
                                         Assistant United States Attorney

Dated: March 1, 2024