# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN L. HOFFMANN, | : | |
|    Plaintiff, | : | CIVIL ACTION |
| | : | No. 20-6427 |
| v. | : | |
| | : | |
| U.S. CUSTOMS AND | : | |
| BORDER PROTECTION, | : | |
| | : | |
|    Defendants. | : | |

## ORDER

**AND NOW**, this 2nd day of April, 2024, the parties are **ORDERED** to submit a status report by April 10, 2024 in response to this Court's June 28, 2023 Order (ECF No. 51).

                                      s/ANITA B. BRODY, J._____
                                      ANITA B. BRODY, J.