IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN L. HOFFMANN, | : | |
| | : | |
| *Plaintiff* | : | |
| | : | |
| v. | : | Civil Action No. 20-CV-06427 |
| | : | |
| U.S. CUSTOMS AND BORDER PROTECTION, | : | |
| | : | |
| *Defendant.* | : | |

## SIXTH JOINT STATUS REPORT

Pursuant to the April 8, 2024 Joint Status Report (Doc. No. 60), the parties submit this Joint Status Report and state the following:

Since the parties' last status report (Doc. No. 60), the defendant U.S. Customs and Border Protection (CBP or the Agency) has produced one additional declaration. The declaration does not resolve the Plaintiff's concerns, and the parties, having conferred multiple times, believe they are nearing an impasse.

While the parties are continuing to explore potential resolutions to this case, they request an opportunity to present their respective positions on unresolved issues in writing. If acceptable to the Court, plaintiff will file a letter outlining her position by June 1, 2024; defendant will file its position by July 1, 2024; and the Court can thereafter decide if the best course is a hearing, written decision, or some other resolution.

Respectfully submitted,

| | |
|---|---|
| *s/ Adam Snyder* | *s/ Eric D. Gill* |
| ADAM SNYDER, ESQ. | ERIC D. GILL |
| The Allgood Foundation | Assistant United States Attorney |
| 60 W. Randolph St., Ste. 400 | 615 Chestnut Street, Ste 250 |
| Chicago, IL 60601 | Philadelphia, PA 19106 |
| Tel: (312) 945-1300 | Tel.: (215) 861-8250 |
| asnyder@kjs-law.com | Eric.Gill@usdoj.gov |

Dated: May 1, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a Joint Status Report, which has been electronically filed and is available for viewing and downloading from the Court's ECF system, to be served upon defendant:

Eric D. Gill
Assistant United States Attorney
U.S Department of Justice
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, Pennsylvania 19106-4476
Eric.Gill@usdoj.gov

*Counsel for Defendant*

                                        */s/ Adam Snyder*
                                        Adam Snyder
                                        *Counsel for plaintiff*

Dated: April 8, 2024