IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN L. HOFFMANN, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 20-6427 |
| v. | : | |
| | : | |
| U.S. CUSTOMS AND BORDER PROTECTION, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 3RD day of May, 2024, it is **ORDERED** that Plaintiff's brief outlining her position on the remaining unresolved issues in this case is due on June 3, 2024. Defendant's response is due on July 1, 2024.

                                                                                                                    s/ANITA B. BRODY, J.
                                                                                                                    ANITA B. BRODY, J.

COPIES VIA ECF