UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN L. HOFFMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. CUSTOMS AND BORDER PROTECTION, )<br>Defendant. )<br>_____ ) | Civil Action No.: 2:20-cv-06427 |

### UNSWORN DECLARATION OF ALEJO M. GUEDEA

Pursuant to 28 U.S.C. § 1746, I, Alejo Guedea, make the following declaration, which unless otherwise indicated, is based upon my own knowledge and observation.

1. I have served as a Technician for U.S. Customs and Border Protection (CBP) since March 1, 2003.[1] I was promoted to the position of Mission Support Specialist (MSS) on December 4, 2023. As a CBP Technician, and now as a MSS, my duties include, but are not limited to, serving as the vehicle maintenance officer (VO), purchase card holder, badge and credentials coordinator, uniform coordinator, medical measurement counter (I take a quarterly inventory of antibiotics and send my inventory counts to Lieutenant VanBuren, Public Health Branch Chief, Public Health Service), and serving as one of the local property officers (LPO) for the Eagle Pass Port of Entry (POE). I have served as a LPO for the Eagle Pass POE since March 1, 2003.

2. I spend approximately 30 to 40 percent of my work week fulfilling VO duties which includes overseeing the transactions of other VOs related to purchasing, maintenance, and repairs for vehicles in the fleet of the Eagle Pass POE. I oversee approximately 36 vehicle purchase accounts which includes tracking costs for fuel, repairs, and inspections.

---

[1] In 1999, I began working for the U.S. Customs Service (as an Inspectional Aide), which was transferred to CBP upon its creation as part of the Department of Homeland Security on March 1, 2003.

3. Approximately 30 to 40 percent of my work week is spent engaging in purchase card holder duties, which includes purchasing anything related to operations support for the Eagle Pass POE such as enforcement supplies, office furniture, office supplies, and services for K-9 officers (e.g., K-9 flu shots and dog food).

4. I spend approximately 30 percent of my work week engaged in LPO duties for Eagle Pass POE. Eagle Pass POE managers receive upgrades to their mobile devices, on average, every two to three years (with exceptions). A mobile device upgrade requires an LPO to affix a bar code on the new device and document the device on the employee's CBP Form 259 (259) (a document that records all CBP assets assigned to that employee). I process approximately 10 to 20 mobile devices a year. I also process other assets into inventory such as laptops, tablets, CPUs, scanners, mobile radios, enforcement tools, and printers. I create a bar code in SAP for accountability; management instructs me to whom the asset is assigned; I document the asset in the employee's 259 folder; I have the employee sign that he/she received the asset; I note the issue date; and I place my initials on the form next to this transaction to prove that I gave the asset to the employee. If I am on leave, another LPO completes this process for any property issued or returned during my leave.

5. During CBP's annual inventory, I spend approximately 35 days taking inventory of over 800 assets. This requires taking inventory of every asset with a barcode.

6. On August 24, 2023, Senior Attorney Diane C. Bustos, CBP Office of Chief Counsel, requested my assistance in locating information concerning Assistant Port Director (APD) Macias's inactive Samsung Galaxy mobile device pursuant to a federal court order issued in a Freedom of Information Act (FOIA) litigation titled *Hoffmann v. CBP*, case no. 20-06427. Ms. Bustos requested that I search property records to locate information concerning the issuance and

disposition of the mobile device assigned to APD Macias from January 1, 2019, to February 21, 2019.

7. Beginning In August 2023, I began an exhaustive search for the information requested. I contacted AT&T who advised that a Samsung Galaxy S7 was assigned to APD Macias's cell phone number from June 2018 through December 2019 with IMEI number 359470073538706. However, this mobile device is not listed on APD Macias's 259 as it should be if it were properly issued to him. When an asset is removed out of inventory, the 259 must be updated to show the date the asset was turned over to the LPO. The LPO signs the 259 acknowledging that he received the asset, and the employee initials the form indicating that he gave that asset to the LPO. The asset is then listed on a CBP Form 120 (120) and approved by the local accountable officer (LAO) for disposition. Once it is approved by the LAO, the LAO determines whether the asset or non-asset will be recycled, donated to a non-profit, or destroyed. A CBP Form 7610 (7610) is attached to the 120 to document where the asset is going and includes the signatures of two witnesses who were present to verify the destruction or excess (e.g., remove from inventory to recycle or donate) of the property. The LPO then retires the asset in the SAP to ensure it is no longer listed on the inventory.

8. The Samsung Galaxy S7 is not listed on any of the 120s in the Eagle Pass filing room. To obtain more information, I contacted Samsung to obtain a serial number, and contacted AT&T to confirm that a Samsung Galaxy S7 was assigned to APD Macias. Using a serial number and IMEI number, I manually looked at all the files in the file room to locate the Samsung Galaxy S7 on one of the 120s in case the mobile device was not barcoded and excessed as a non-asset, but to no avail.

9. I contacted AT&T again to determine if there was ever any activity on the Samsung Galaxy S7. I will supplement my declaration if I receive additional information. As of today, we have no records of a Samsung Galaxy S7 assigned to APD Macias.

10. Since my LPO duties are only 30 to 40 percent of my MSS duties, I have worked in a non-pay status at least four times since August, working two to four hours past the end of my shift in an effort to find documentation relating to the issuance of the Samsung Galaxy S7 to APD Macias. On several occasions, I went through property records for up to four hours during the workday. I searched the 259, then every 120 and 7610 in the file room, then scanned whatever I found and emailed them to Ms. Bustos for her review. I have spent many hours in unscheduled calls with Ms. Bustos as we searched for information related to the Samsung Galaxy S7.

11. Despite this vast effort to locate documents demonstrating that the Samsung Galaxy S7 was issued to APD Macias, and to determine the status of that mobile device, I am not able to state what the status of the device is or whether the device was properly recorded as being assigned to APD Macias.

I declare under penalty of perjury that the forgoing statement is true and correct.

___March 18, 2023___  
Date

Alejo M. Guedea