UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN L. HOFFMAN,<br><br>　　　Plaintiff,<br><br>　v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br>　　　Defendant. | Civil Action No.: 2:20-cv-06427 |

**SUPPLEMENTAL UNSWORN DECLARATION OF DIANE C. BUSTOS**

Pursuant to 28 U.S.C. § 1746, I, Diane C. Bustos, make the following declaration, which unless otherwise indicated, is based upon my own knowledge and observation.

　　1.　　I am a Senior Attorney for the Office of Chief Counsel (OCC) for U.S. Customs and Border Protection (CBP). I have worked for OCC CBP as an attorney since August 2017, and was promoted to Senior Attorney in July 2022. My duties include, but are not limited to, providing litigation support to and in close coordination with the Department of Justice.

　　2.　　On March 18, 2024, I submitted a declaration in the above-captioned case detailing my efforts to locate records pertaining to the mobile devices issued to: 1) Eagle Pass Port Director (PD) Paul Del Rincon[1]; and 2) Assistant Port Director (APD) Macias, Eagle Pass Port of Entry (POE) during the time frame of the underlying Freedom of Information Act (FOIA) request in this case – January 1, 2019, to February 21, 2019.

　　3.　　As noted in my prior declaration, Anniebeth Labiosa, Digital Forensic Analyst (DFA), Southwest Regional Science Center, Greater Houston Regional Computer Forensic Laboratory, conducted a revised search for responsive records from the active and inactive mobile devices assigned to PD Del Rincon and APD Macias.

---

[1] Paul Del Rincon is now assigned to the Laredo Field Office as an Assistant Director of Field Operations (ADFO). I will refer to him as PD Del Rincon for the Court's convenience since that was his position at the time of the underlying Freedom of Information Act (FOIA) request.

4. The results of DFA Labiosa's forensic examination of available active and inactive phones of PD Del Rincon and APD Macias are set forth in her accompanying declaration. Using search terms encompassing plaintiff's FOIA requests, DFA Labiosa searched:

    a. The active mobile devices (with SIM cards) of PD Del Rincon (Source Media 4 & 5) and APD Macias (Source Media 2 & 3); and

    b. Inactive mobile devices belonging to PD Del Rincon (Source Media 1, 6 & 7).

5. Based on information collected from CBP personnel, and in response to Plaintiff's request for additional information for each mobile device examined by DFA Labiosa, I provide the following information below:

    a. **Source Media 1**:

Apple iPhone 8 (inactive; never used by Del Rincon and not destroyed)

Assigned to: PD del Rincon on 11/16/21

Returned to LPO on 11/16/21

- Not in use during the relevant time period

    b. **Source Media 2**:

Apple iPhone 12 (active phone at time of forensic examination; returned to user and not destroyed).

Assigned to: APD Pete Macias on 1/19/2022

- Not in use during the relevant time period

    c. **Source Media 3 (Removed from Source Media 2)**:

SIM Card for Source Media 2

    d. **Source Media 4**:

Apple iPhone 13 (active phone at time of forensic examination; returned to user and not destroyed).

Assigned to: PD del Rincon on 1/26/24

- Not in use during relevant time period.

e. **Source Media 5 (Removed from Source Media 4)**:

SIM Card for Source Media 4

f. **Source Media 6**:

Apple iPhone 12 (inactive phone at time of examination; not destroyed)

Assigned to: PD del Rincon on 9/12/22

- Not in use during relevant time period.

g. **Source Media 7 (Removed from Source Media 6)**:

SIM Card for Source Media 6.

6. Based on information collected from CBP personnel, during the relevant time period (January 1, 2019 to February 21, 2019), PD Del Rincon was assigned a Galaxy S-7 which was assigned on 8/6/2018, returned on 11/16/21, and destroyed on 2/18/22.

7. Based on information collected from CBP personnel, during the relevant time period (January 1, 2019 to February 21, 2019), APD Macias was assigned a Galaxy S-7 with an International Mobile Equipment Identity (IMEI) number of 35947007358706. As noted in my prior declaration, I have worked closely with Mission Support Specialist (MSS) Alejo Guedea, Eagle Pass POE, to locate records concerning the mobile device assigned to APD Macias during the relevant time period. The process to locate this inactive mobile device is set forth in Mr. Gudea's accompanying declaration. *See* Unsworn Declaration of Alejo M. Guedea at ¶¶ 7-9.

8. According to LPO Guedea, FirstNet, an AT&T partner, advised him that there was no activity for the Galaxy S-7 with an IMEI number of 35947007358706 other than in June 2020. LPO Guedea informed me that the fact that there was no usage other than in June, 2020 indicates

that the mobile device had no activity, and therefore was not used by APD Macias.  CBP has requested additional information from AT&T and its partner to see if it is possible to identify a mobile device used by APD Macias during the relevant period.  We will advise you if we receive new information.

    I declare under penalty of perjury that the forgoing statement is true and correct.


    <u>April 18, 2024</u>                        <u>*/s/ Diane C. Bustos*</u>
        Date                                          Diane C. Bustos