# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | |
| | : | CIVIL ACTION |
| **Karen L. Hoffmann** | : | No. 20-6427 |
| v. | : | |
| | : | |
| U.S. CUSTOMS AND BORDER PROTECTION | : | |

## SCHEDULING ORDER

**AND NOW**, this 16th day of July 2024, it is **ORDERED** as follows:

1. Summary judgment briefing timetable:

    1. September 13, 2024 -- Agency's summary judgment motion;

    2. October 11, 2024 – Plaintiff's opposition to summary judgment;

    3. October 25, 2024 – Agency's reply memorandum.

2. Judge Brody's Policies and Procedures can be accessed via the United States District Court for the Eastern District of Pennsylvania's website at **www.paed.uscourts.gov**.

                                                                    s/ANITA B. BRODY, J.
                                                                    ANITA B. BRODY, J.