# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN L. HOFFMANN, | : |
| Plaintiff. | : |
| v. | : CIVIL ACTION |
|  | : NO. 20-6427 |
| U.S. CUSTOMS AND BORDER PROTECTION, | : |
| Defendant. | : |

## ORDER

**AND NOW**, this 12th day of September, 2024, it is **ORDERED** that Defendant U.S. Customs and Border Protection's Unopposed Motion for an Extension of Time (ECF No. 66) is **GRANTED**. The briefing schedule set forth in the Scheduling Order (ECF No. 65) is amended as follows:

1. Defendant's deadline to file a summary judgment motion is extended through and including **November 8, 2024**.

2. Plaintiff Karen Hoffman's deadline to file an opposition to Defendant's summary judgment motion is extended through and including **December 6, 2024**.

3. Defendant's deadline to file a reply is extended through and including **December 20, 2024**.

s/ANITA B. BRODY, J.
_____
ANITA B. BRODY, J.