# Exhibit 2

**Declaration of John MacNeil dated October 8, 2021**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN L. HOFFMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. CUSTOMS AND BORDER PROTECTION, ) <br> DEFENDANT. ) <br> _____ ) | Civil Action No.: 2:20-cv-06427 <br><br> _____ |

**UNSWORN DECLARATION OF JOHN J MACNEIL**

Pursuant to 28 U.S.C. § 1746, I John J MacNeil, make the following declaration, which unless otherwise indicated, is based upon my own knowledge and observation.

1. I have over 20 years of Federal service and 11 years with U.S. Customs and Border Protection (CBP). My current position is Director, Mobility and Collaboration Branch, Office of Information and Technology. I have served in this position since November 03, 2019. As Director, my responsibilities involve management of the CBP Mobile Device Management (MDM) system used to manage mobile telephones, Airwatch.

2. On April 13, 2021, the Office of Information Technology, Enterprise Network & Technology Support Directorate received a request to verify whether WhatsApp was installed on the Government issued mobile phones assigned to U.S. Border Patrol Station Eagle Pass Port Director Paul Del Rincon and Assistant Port Director Peter Macias during the period from January 1, 20219 to February 21, 2019. No other individuals were specified.

3. On April 15, 2021, the Airwatch Team responded that WhatsApp was currently installed on the mobile phones assigned to both Port Director Del Rincon and Assistant Port Director Macias. Airwatch is made by VMware and is an enterprise mobility software provider based in Atlanta, GA. Airwatch provides IT administrators the ability to deploy, secure and manage mobile devices, applications and data. The management is done through an app installed directly on the endpoint device.

4. The Airwatch Team identified that both Port Director Del Rincon and Assistant Port Director Macias were assigned the iPhone, Series XR, with mobile service provided by AT&T. The device assigned to Port Director Del Rincon was enrolled in Airwatch on February 7, 2020. The device assigned to Assistant Port Director was enrolled on January 6, 2020.

5. Airwatch only has the capability to identify the applications installed on the enrolled device and could not verify whether WhatsApp was installed on a device not currently enrolled.

6. Airwatch does not have the capability to see or extract data in any installed applications. Airwatch does not have the capability to remotely access the data on the mobile devices via the cloud. Airwatch can only tell if a device has an application installed.

7. Airwatch was able to determine that Port Director Del Rincon previously had an iPhone, Series 8, that was removed from Airwatch on February 7, 2020 when the iPhone, Series XR was enrolled. Assistant Port Director previously had Samsung-SM-G930A that was removed from Airwatch on January 6, 2020 when the iPhone, Series XR was enrolled.

I declare under penalty of perjury that the forgoing statement is true and correct.

__10/08/2021_____     JOHN J MACNEIL_____
Date                                                                  John J MacNeil

*Digitally signed by JOHN J MACNEIL*
*Date: 2021.10.08 16:04:22 -04'00'*