# Exhibit 3

**Declaration of David Garcia
dated June 22, 2021**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN L. HOFFMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. CUSTOMS AND BORDER PROTECTION, )<br>DEFENDANT. )<br>_____ ) | Civil Action No.: 2:20-cv-06427 |

### UNSWORN DECLARATION OF DAVID GARCIA

Pursuant to 28 U.S.C. § 1746, I, David Garcia, make the following declaration, which unless otherwise indicated, is based upon my own knowledge and observation.

1. I have over __13__ years of Federal service and 13 years with U.S. Customs and Border Protection (CBP). My current position is Supervisory Customs and Border Protection Officer (SCBPO), assigned to the Workforce Liaison Unit, Laredo Field Office. I have served in this position since ____2018____. I was instructed by Director of Field Operations (DFO) Randy Howe to conduct a visual inspection of the iPhone XR cellular phone assigned to Eagle Pass Port Director Paul Del Rincon. DFO Howe has supervisory authority over the port director of the Eagle Pass Point of Entry.

2. On May 5, 2021, I conducted a visual inspection of the iPhone XR mobile device assigned to Eagle Pass Port Director Paul Del Rincon. The review of the mobile device was focused on the WhatsApp application as it was understood that the application might contain records concerning Hector Menchaca during the time period from January 1, 2019 to February 21, 2019. The visual inspection of the mobile device found no responsive records.

I declare under penalty of perjury that the forgoing statement is true and correct.

_6-22-21_  
Date

_[signature]_  
David Garcia