# Exhibit 4

**Declaration of Bob B. Parker dated June 23, 2021**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN L. HOFFMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. CUSTOMS AND BORDER PROTECTION, ) <br> DEFENDANT. ) <br> _____ ) | Civil Action No.: 2:20-cv-06427 |

### UNSWORN DECLARATION OF BOB B. PARKER

Pursuant to 28 U.S.C. § 1746, I, Bob B. Parker, make the following declaration, which unless otherwise indicated, is based upon my own knowledge and observation.

1. I have over 29 years of Federal service and 15 years with U.S. Customs and Border Protection (CBP). My current position is Port Director assigned to the Brownsville, Texas Port of Entry. I have served in this position since April 2021. I was instructed by Director of Field Operations (DFO) Randy Howe to conduct a visual inspection of the iPhone XR cellular phone assigned to Eagle Pass Assistant Port Director Pete Macias. DFO Howe has supervisory authority over the port director of the Eagle Pass Point of Entry.

2. On May 5, 2021, I conducted a visual inspection of the iPhone XR mobile device assigned to Eagle Pass Assistant Port Director Pete Macias. The review of the mobile device was focused on the WhatsApp application as it was understood that the application might contain records concerning Hector Menchaca during the time period from January 1, 2019 to February 21, 2019. The visual inspection of the mobile device found no responsive records.

I declare under penalty of perjury that the forgoing statement is true and correct.

06/23/2021
Date

Bob B. Parker