# Exhibit 5

## Declaration of Michael McGehee dated November 18, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN L. HOFFMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. CUSTOMS AND BORDER PROTECTION, ) <br> DEFENDANT. ) <br> _____ ) | Civil Action No.: 2:20-cv-06427 <br><br> _____ |

## UNSWORN DECLARATION OF MICHAEL MCGEHEE

Pursuant to 28 U.S.C. § 1746, I, Supervisory Customs and Border Protection (CBP) Officer Michael McGehee, make the following declaration, which unless otherwise indicated, is based upon my own knowledge and observation.

1. I have over 17 years of federal service- all with CBP. My current position is Supervisory CBP Officer at the Eagle Pass Point of Entry. I have served in this role since April 2011. As a supervisor, I currently provide oversight in the mission support area of responsibility, which includes the administration of property accountability.

2. On November 15, 2021, Port Director (PD) Del Rincon turned in his previously-issued, now inactive iPhone Series 8 mobile phone to the Local Property Officer, CBP Technician Pedro DeHoyos. I directed CBP Technician DeHoyos to bring the phone to me. Since PD Del Rincon had been issued his current device, an iPhone Series XR, the iPhone Series 8 does not have active service. When I received the iPhone Series 8, it would not power on. I plugged in the phone and left it to charge overnight.

3. On November 16, 2021, after coming into the office, I checked the iPhone Series 8 turned in by PD Del Rincon which was fully charged, and the phone powered on when I pressed the power button. After powering on the phone, I observed the phone enter initial set up mode reflecting that the device had been reset to factory settings which to my knowledge cleared the settings and data previously

2

stored on the iPhone Series 8. It is unclear when the device was reset to factory settings. I did not inspect the iPhone Series 8 any further.

4. On November 18, 2021, Assistant Port Director (APD) Pete Macias stated that he turned in his previously issued Samsung Galaxy phone (SAMSUNG-SM-G930A) to former Local Property Officer Sandra Duran. However, mission support staff cannot find any documentation reflecting that APD Macias turned in the phone, and they have been unable to physically locate the mobile device. I cannot verify if there is any data on the phone.

I declare under penalty of perjury that the foregoing statement is true and correct.

11/18/21
Date

Michael McGehee

2