# EXHIBIT 12

## E-mail from Gill to Snyder Dated Oct. 26, 2023

| | |
|---|---|
| **From:** | Gill, Eric (USAPAE) |
| **To:** | Adam Snyder |
| **Subject:** | RE: Hoffmann v CBP (EDPA) |
| **Date:** | Thursday, October 26, 2023 10:00:37 AM |

Adam –

Following up on our discussion.  Did you have a chance to discuss with your client additional search terms to help narrow the search of agency email addresses?  As I told you on our call and also in our letter, the search that CBP ran turned up a lot of documents that were not responsive to the FOIA request.  You also promised to identify specific daily logs during the relevant period that CBP has not produced.  Pls send me that information so we can address that.

Also, the Agency ran the term "caravan" against the material that CBP ran in response to the Judge's order.  The number of documents and pages went from 523 documents (totaling 271,948 pages) to 124 documents (totaling 124,793 pages).  Again, not a high responsive rate (and that assumes that the term "caravan" could be deemed part of the original FOIA request).

As far as that large sample Excel spreadsheet we discussed over the phone, here are the column headers.

PRIMARY CENTER
ACCOUNT ROLL UP
IOR_NUMBER
IOR_NAME
PARTICIPANT/APPLICANT ACCOUNT NAME
CENTER TEAM CODE
VALIDATION ACTIVITY (VA) COUNT
DISCREPANT VA COUNT
SEIZURE COUNT
PENALTY COUNT
LIQUIDATED DAMAGES COUNT

Again, this document is not responsive to your FOIA request.

Last, we continue to work on getting the information regarding certain Agency mobile phones.  Agency counsel who is leads this effort had complications from the August surgical procedure (and this will require additional surgery) but has continued to work on gathering the necessary info.

Pls call me to discuss next steps.

Thanks, Eric

---

**From:** Adam Snyder <asnyder@kjs-law.com>
**Sent:** Thursday, September 14, 2023 9:33 AM

**To:** Gill, Eric (USAPAE) <EGill@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Hoffmann v CBP (EDPA)

Eric,

How about September 22nd, around noon or 1pm EST for a call?

Adam

---

**From:** Gill, Eric (USAPAE) <Eric.Gill@usdoj.gov>
**Sent:** Wednesday, September 13, 2023 2:56 PM
**To:** Adam Snyder <asnyder@kjs-law.com>
**Subject:** Hoffmann v CBP (EDPA)

Adam –

Please see the attached.  Let me know when you are available for a call.

Thanks, Eric

**Eric D. Gill**
Assistant United States Attorney
United States Attorney's Office
Eastern District of Pennsylvania
O:  215-861-8250
M: 215-384-5065