# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN L. HOFFMANN, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | No. 20-6427 |
| v. | : | |
| | : | |
| U.S. CUSTOMS AND | : | |
| BORDER PROTECTION, | : | |
|     Defendant. | : | |

## ORDER

**AND NOW**, this 10th day of September, 2025, as set forth in the accompanying Memorandum, it is **ORDERED** that:

1. Defendant U.S. Customs and Border Protection's Motion for Summary Judgment (ECF No. 70) is **GRANTED**; and

2. Judgment is **ENTERED** in favor of Defendant and against Plaintiff.

The Clerk is directed to mark this case closed.

s/ANITA B. BRODY, J.

ANITA B. BRODY, J.
